Judgment in a Civil Case
================================

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK VELARDE<br>o/b/o himself and others<br>similarly situated<br><br>        v.<br><br>GW GJ, INC.<br>d/b/a THE SALON PROFESSIONAL<br>ACADEMY OF BUFFALO, et al | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-695-S |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Report, Recommendation, and Order is accepted. Further, that the objections are denied. Further, that the defendants' motion for judgment on the pleadings is granted.

Date: January 6, 2017              MARY C. LOEWENGUTH
                                   CLERK OF COURT

                                   By: s/K.McMillan
                                        Deputy Clerk