UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PATRICK VELARDE, on behalf of himself and all
others similarly situated,

                  Doc. No.: 14-cv-0695 (WMS)(HKS)

      Plaintiff,

  -against-

GW GJ, Inc., d/b/a THE SALON PROFESSIONAL
ACADEMY OF BUFFALO, MARGARET
GRENAUER, and PAUL GRENAUER,

      Defendants.

-------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that PATRICK VELARDE, plaintiff in the above named case, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on the 6th day of January, 2017, and the January 5, 2017 Text Order Adopting Report and Recommendations of the United States Magistrate Judge granting Defendants' Motion for Judgment on the Pleadings.

Dated: New York, NY
   February 1, 2017

                ROBERT WISNIEWSKI P.C.

                By: _____
                   Robert Wisniewski
                   Counsel for Plaintiff
                   225 Broadway, Suite 1020
                   New York, New York 10007
                   (212) 267-2101