# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand and nineteen.

Before:     José A. Cabranes,
              Susan L. Carney,
                 *Circuit Judges,*
             Valerie E. Caproni,
                 *District Judge.*\*

_____

Patrick Velarde, on behalf of himself and all others similarly situated,

         Plaintiff - Appellant,

v.

GW GJ, Inc., D/B/A The Salon Professional Academy of Buffalo, Margaret Grenauer, Paul Grenauer,

         Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 17-330

The appeal in the above captioned case from a judgment of the United States District Court for the Western District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

\*Judge Valerie E. Caproni, of the United States District Court for the Southern District of New York, sitting by designation.

MANDATE ISSUED ON 02/26/2019